**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROMAN DOGIEL et al.,** | : | |
| ***Plaintiffs,*** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 25-5449** |
| | : | |
| **KRISTI NOEM et al.,** | : | |
| ***Defendants.*** | : | |
| | : | |

**ORDER**

**AND NOW,** this **3rd** day of **August 2026,** upon consideration of Plaintiffs' Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (ECF No. 11), it is hereby **ORDERED** that the action is **DISMISSED AS MOOT.** The Clerk of Court shall mark this case as **CLOSED**.

**BY THE COURT:**

Kai N. Scott

**HON. KAI N. SCOTT**
**United States District Court Judge**